ISIDOR HALPERN v. MANHATTAN AVENUE THEATRE COMPANY.— Motion granted; question certified. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ELDON BISBEE.— Motion granted. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CATHERINE HOWES v. NEW YORK PRESS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

DAVID LEVBERG v. HENRY D. SCHUMACHER.— Motion granted. Present.— Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

JAMES L. BULL & COMPANY v. BLATRUS S. YANKAUS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

J. L. LASKY FEATURE PLAY COMPANY v. FOXFILM CORPORATION.—Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

WILLIAM P. JEFFERY v. ARCHIBALD SELWYN.— Motion granted; question certified. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

GEORGE E. NEWGENT and Another v. IRVING ALSBERG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ELIZABETH AGMINAS v. WILKES-BARRE COLLIERY COMPANY.— Motion granted; question certified on settlement of order. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

TIMES SQUARE IMPROVEMENT COMPANY v. FLEISCHMANNS VIENNA BAKERY COMPANY.— Motion denied. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ROBERT A. BEATTY v. GUSTAVE L. ROSENBERG.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

SARAH CARPENTER v. J. L. PRESCOTT COMPANY.— Motion granted. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

LOUIS GUENTHER v. RIDGWAY COMPANY.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

LOUIS GUENTHER v. RIDGWAY COMPANY.— Motion for stay denied, with ten dollars costs; time to answer extended as stated in order. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ANNA M. LYON v. ISRAEL L. CURRIER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

NATHANIEL L. MCCREADY v. JOHN A. LARKIN. NATHANIEL L. MCCREADY v. EDWARD L. LARKIN. NATHANIEL L. MCCREADY v. THOS. A. LARKIN.— Motions denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.